United States. *Charles D. Hamel* and *James P. Jones* for respondent.

No. 253. O'BRIEN *v.* EQUITABLE LIFE ASSURANCE SOCIETY. C. A. 8th Cir. Certiorari denied. *Carll V. Kretsinger* for petitioner. *Henry I. Eager* and *Charles B. Blackmar* for respondent.

No. 254. JENSEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Alan Loth* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 255. BLACKFEET AND GROS VENTRE TRIBES OF INDIANS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ernest L. Wilkinson* and *Francis M. Goodwin* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States.

No. 256. AJAMIAN *v.* SCHLANGER ET AL., TRADING AS I. SCHLANGER & Co. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Isadore Glauberman* for respondents.

No. 257. HOXSEY CANCER CLINIC ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioners. *Solicitor General Sobeloff* for the United States.

No. 258. FUNK *v.* SEABOARD AIR LINE RAILWAY Co. C. A. 5th Cir. Certiorari denied. *G. Seals Aiken* for

836

petitioner. *Robert S. Sams* for respondent. 

No. 264. Interstate Commerce Commission *v.* Allen E. Kroblin, Inc. C. A. 8th Cir. Certiorari denied. *Edward M. Reidy* and *Allen Crenshaw* for petitioner. *Harry M. Reed* for respondent. 

No. 265. Baysek *v.* United States. C. A. 3d Cir. Certiorari denied. *Joseph A. Rossi* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States. 

No. 266. Hess et al. *v.* Dewey, Commissioner of Taxation of Alaska. C. A. 9th Cir. Certiorari denied. *H. L. Faulkner* for petitioners. 

No. 267. New York Life Insurance Co. *v.* Johnson, Administrator. C. A. 7th Cir. Certiorari denied. *Harold D. Burgess* and *William F. Columbus* for petitioner. 

No. 268. Vaughan *v.* Brandon, Brandon, Hornsby & Handy et al. C. A. 5th Cir. Certiorari denied. 

No. 269. Spreckels *v.* California. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Isaac E. Ferguson, Daniel Schnabel* and *Royal M. Galvin* for petitioner. 

No. 272. Anderson et al. *v.* McKay, Secretary of the Interior. United States Court of Appeals for